**Jonathan W. Birdt, Esq. (State Bar No. 183908)**
**THE BRACHFELD LAW GROUP, P.C.**
880 Apollo Street, Suite 155
El Segundo, California 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867
corplegal@brachfeldcollections.com

Attorney for Defendants,
ERICA L. BRACHFELD,
MARTIN S. BRACHFELD
BRACHFELD LAW GROUP, P.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MELVYN L. SEGAL<br><br>Plaintiff,<br><br>vs.<br><br>ERICA L. BRACHFELD a.k.a. ERICA LYNN BRACHFELD SHUBIN, MARTIN S. BRACHFELD, THE BRACHFELD LAW GROUP, P.C., and DOES 1-100<br>Defendants. | CASE NO.:   CV-11-5524 EDL<br><br>**DEFENDANT ERICA L. BRACHFELD, MARTIN S. BRACHFELD, AND THE BRACHFELD LAW GROUP, P.C.'S ANSWER TO COMPLAINT** |

Defendant THE BRACHFELD LAW GROUP, P.C., ("Defendant"), for itself and no other defendants answers Plaintiff MELVYN L. SEGAL'S ("Plaintiff") Complaint ("Complaint") as follows:

1. Answering Paragraph 1 of the Complaint, Defendants Deny this allegation.
2. Answering Paragraph 2 of the Complaint, Defendants Deny this allegation.
3. Answering Paragraph 3 of the Complaint, Defendants Deny this allegation.
4. Answering Paragraph 4 of the Complaint, Defendants Admits this allegation.

1

5. Answering Paragraph 5 of the Complaint, Defendants Admits this allegation.
6. Answering Paragraph 6 of the Complaint, Defendants Admits all the allegations in this Paragraph except that Defendant Erica L. Brachfeld is a debt collector.
7. Answering Paragraph 7 of the Complaint, Defendants Admits this allegation.
8. Answering Paragraph 8 of the Complaint, Defendants Deny this allegation.
9. Answering Paragraph 9 of the Complaint, Defendants Admits this allegation.
10. Answering Paragraph 10 of the Complaint, Defendants Deny this allegation.

## JURISDICTION, VENUE, INTRADISTRICT ASSIGNMENT

11. Answering Paragraph 11 of the Complaint, Defendants Admits this allegation.
12. Answering Paragraph 12 of the Complaint, Defendants Deny this allegation.
13. Answering Paragraph 13 of the Complaint, Defendants Deny this allegation.
14. Answering Paragraph 14 of the Complaint, Defendants Deny this allegation.
15. Answering Paragraph 15 of the Complaint, Defendants Admits this allegation.
16. Answering Paragraph 16 of the Complaint, Defendant Segal has never disputed the validity of the debt, not requested validation thereof, moreover, Defendant admits in Paragraph 15. Above that he has standing to bring this action because he incurred a debt by using his Sears Card, underwritten by Citibank for the purposes of purchasing consumer goods.
17. Answering Paragraph 17 of the Complaint, Defendants Admits this allegation.
18. Answering Paragraph 18 of the Complaint, Defendants Deny this allegation.
19. Answering Paragraph 19 of the Complaint, Admit as to Brachfeld Law Group, Deny as to Martin & Erica.
20. Answering Paragraph 20 of the Complaint, Defendants Deny this allegation.
21. Answering Paragraph 21of the Complaint, Defendants Deny this allegation.
22. Answering Paragraph 22 of the Complaint, Defendant Brachfeld law Group admits placing calls and leaving messages in an effort to reach Plaintiff, but only once did a voice respond on the other end, which was October 12, 2011 when a male advised that Mr. Segal was in a meeting and did not like to talk to people.
23. Answering Paragraph 23of the Complaint, Defendants Deny this allegation.
24. Answering Paragraph 24 of the Complaint, Defendants Deny this allegation.

25. Answering Paragraph 25of the Complaint, Defendants Deny this allegation.
26. Answering Paragraph 26 of the Complaint, Defendants Deny this allegation.
27. Answering Paragraph 27 of the Complaint, Defendants Deny this allegation.
28. Answering Paragraph 28 of the Complaint, Defendants Deny this allegation.
29. Answering Paragraph 29 of the Complaint, Defendants Deny this allegation.
30. Answering Paragraph 30 of the Complaint, Defendants Deny this allegation.
31. Answering Paragraph 31 of the Complaint, Defendant Brachfeld Law Group admits that it is aware of the requirements of the FDCPA and the effect of a cease and desist, Defendants deny the remainder of the allegations because they are incomplete and incorrectly stated.
32. Answering Paragraph 32-51 of the Complaint, Defendants Deny the allegations contained therein.
33. Answering Paragraph 52 of the Complaint, Defendants Admit this allegation.
34. Answering Paragraph 53-59 of the Complaint, Defendants Deny the allegations contained therein.

**DEFENDANT'S ANSWER TO COMPLAINT**

35. Defendant asserts the Bona Fide error defense in this case.  First, whenever a phone was answered at a number associated with Plaintiff, the answering party would hang up, and to date, Plaintiff has never attempted to communicate with the Brachfeld Law Group, has never requested validation of the debt and has never spoken with any caller to advise of the Cease and Desist request of dispute of the debt.  Brachfeld Law Group has no record of ever receiving the February letter from Plaintiff but learned through its' investigation that a cease and desist letter was received from Plaintiff on 8/3/11 but was unfortunately logged in to a file belonging to another debtor named Segal/M.  As a result of learning of this error on December 5, 2011 after having been served with a lawsuit (the only other communication from Plaintiff) Defendants promptly tendered $1,000.00 for the FDCPA violation despite the existence of a complete bona fide error defense, actual costs incurred for filing and service and 2 hours of Attorney time at a reasonable hourly rate.  Upon receipt of this suit, Brachfeld Law Group attempted to communicate with Counsel for Plaintiff and subsequently conveyed the offer above, but there has been no response.

DATED:  December  4, 2011              **THE BRACHFELD LAW GROUP, P.C.**

By:    /s/ Jonathan W. Birdt_____
**Jonathan W. Birdt, Esq. (State Bar No. 183908)**
**THE BRACHFELD LAW GROUP, P.C.**
880 Apollo Street, Suite 155
El Segundo, California 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867
Email: corplegal@brachfeldcollections.com