

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694

RICHARD W. WIEKING
CLERK OF COURT

December 9, 2011

**Melvyn L. Segal**

**Gordon Wayne Renneisen**
Cornerstone Law Group
595 Market Street
Suite 2360
San Francisco, CA 94105

**Erica L. Brachfeld**, et al.

**Jonathan Wesley Birdt**
Law Office of Jonathan W. Birdt
18252 Bermuda St.
Porter Ranch, CA 91326

     **Re: C 11-05524** EDL
     **MELVYN L SEGAL** v. **ERICA L BRACHFELD**

Dear Counsel:

     This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

     The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

     A review of the file discloses that the Consent /Declination to Proceed Before a United States Magistrate has not been filed in this case. Please select **one** of the attached forms documenting your consent or request for reassignment and file it with the Court by December 23, 2011**.** These forms can also be found on the Court's website at www.cand.uscourts.gov.

     Thank you.

                           RICHARD W. WIEKING

             By:     _____
                        Kristen Seib
                        Deputy Clerk

Attachments

United States District Court
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8  **MELVYN L SEGAL**

9         Plaintiff(s),                    No. C **11-05524** EDL

10         v.                              **CONSENT TO PROCEED BEFORE A
                                           UNITED STATES MAGISTRATE JUDGE**
11
     **ERICA L BRACHFELD**
12
            Defendant(s).
13  _____/

14         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19  Appeals for the Ninth Circuit

20

21  Dated: _____        _____
                                           Signature
22

23                                         Counsel for _____
                                           (Name or party or indicate "pro se")
24

25

26

27

28

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELVYN L SEGAL**

          Plaintiff(s),                     No. C **11-05524** EDL

                                        **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

      v.                                **AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE**,

**ERICA L BRACHFELD**

          Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

      The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____               _____

                                                 Signature

                                                 Counsel for _____
                                                 (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

3