Jonathan W. Birdt [SB# 183908]
corplegal@brachfeldcollections.com
**THE BRACHFELD LAW GROUP, P.C.**
880 Apollo St. Suite 155
El Segundo, CA 90245
Telephone: (310) 273-7867
Facsimile: (310) 273-9867

Attorney for Defendant,
ERICA L. BRACHFELD,
MARTIN S. BRACHFELD
BRACHFELD LAW GROUP, P.C.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELVIN L. SEGAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERICA L. BRACHFELD a.k.a. ERICA LYNN BRACHFELD SHUBIN, MARTIN S. BRACHFELD, THE BRACHFELD LAW GROUP, P.C., and DOES 1-100<br><br>　　　　Defendants. | Case No.: CV-11-5524 EDL<br><br>**DEFENDANTS' REQUEST TO EXCUSE PERSONAL ATTENDANCE OF ERICA L. BRACHFELD** |

DEFENDANTS' REQUEST TO EXCUSE PERSONAL ATTENDANCE OF ERICA L. BRACHFELD
1

Defendant, The Brachfeld Law Group, respectfully requests that the Court excuse the personal appearance of Erica L. Brachfeld from the settlement conference set for September 17th, 2012, for the following reasons:

1. She has no personal knowledge of this matter and is entitled to defense and indemnity from The Brachfeld Law Group.
2. She has no control over settlement of this matter and he liability is only alleges as the alter ego of Brachfeld Law Group.
3. She and the Law Group have admitted liability under the FDCPA (Paragraph 47 of the FAC).
4. The representative of BLG intimately familiar with this matter and with full settlement authority will be present for the settlement conference.

Requiring the presence of Erica L. Brachfeld at the settlement conference would in no way aid in the settlement of this matter, and it is respectfully submitted that she be excused for the reasons set forth above.

Dated:  September 10, 2012            THE BRACHFELD LAW GROUP, P.C.

                                      By:  /s/ _____
                                      Jonathan Birdt, Esq.

IT IS SO ORDERED:

  09/10/12

                                      _Kandis Westmore_____
                                      Hon. Kandis A. Westmore
                                      Magistrate Judge

DEFENDANTS' REQUEST TO EXCUSE PERSONAL ATTENDANCE OF ERICA L. BRACHFELD
2