**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MELVYN L. SEGAL,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**ERICA L. BRACHFELD, et al.,**<br><br>　　　　**Defendants.** | Case No.: C-11-5524 EDL (KAW)<br><br>**ORDER REQUIRING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

　　　As ordered by this Court on September 17, 2012, Defendant Erica Brachfeld must appear in person at the September 28, 2012 settlement conference.

　　　Failure to comply with this order may result in the imposition of sanctions.

**DATE: September 21, 2012**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**KANDIS A. WESTMORE**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**