# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELVYN L. SEGAL,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**ERICA L. BRACHFELD, et al.,**<br><br>　　　　**Defendants.** | **Case No.: C-11-5524 EDL (KAW)**<br><br>**ORDER REVISING AMOUNT OF SANCTIONS** |

On September 26, 2012, I ordered Defendants Erica Brachfeld and/or the Brachfeld Law Group to pay $1,675.20 in sanctions to Plaintiff. On September 28, 2012, the parties jointly requested that I reduce the amount of the award of sanctions.

Accordingly, it is hereby ORDERED that:

1. My September 26, 2012 order is vacated as to the amount of sanctions only.

2. Within seven days of the date of this order, Defendants Erica Brachfeld and/or the Brachfeld Law Group must pay $950 to Plaintiff.

**DATE: September 28, 2012**

　　　　　　　　　　　　　　　　　　　　　　　　_Kandis Westmore_
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**