UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVYN L. SEGAL,<br><br>    Plaintiff,<br><br>vs.<br><br>ERICA L. BRACHFELD a.k.a. ERICA LYNN BRACHFELD SHUBIN, MARTIN S. BRACHFELD, THE BRACHFELD LAW GROUP, P.C., and DOES 1-100,<br><br>    Defendants. | CASE NO. CV 11-5524 EDL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS ERICA L. BRACHFELD AND THE BRACHFELD LAW GROUP, P.C.'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY<br><br>[Assigned to:<br>The Hon. Elizabeth LaPorte<br><br>Trial Date:     None Set |

The Court hereby orders that the request of Defendants ERICA L. BRACHFELD and THE BRACHFELD LAW GROUP, P.C. to substitute Stephen H. Turner and Larissa G. Nefulda of Lewis Brisbois Bisgaard & Smith LLP in place of Erica L. Brachfeld of The Brachfeld Law Group, P.C. is hereby GRANTED.

DATED: October 2, 2012

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4844-6578-3825.1